Elias NIEVES, Appellant

v.

PENNSYLVANIA BOARD OF PROBA-
TION AND PAROLE, and Pennsylva-
nia Department of Corrections and
Department of Corrections Communi-
ty Corrections Center, Appellees.

Supreme Court of Pennsylvania.

Dec. 21, 2011.

Elias Nieves, Coal Township, pro se.

Suzanne Noelle Hueston, Pennsylvania Department of Corrections, Camp Hill, Debra S. Rand, PA Department of Corrections, Mechanicsburg, for Department of Corrections and Community Corrections Center.

John Craig Manning, Linda J. Laub, PA Board of Probation & Parole, for Pennsylvania Board of Probation and Parole.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2011, the Order of the Commonwealth Court is hereby **Affirmed**.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2011, the Order of the Commonwealth Court is **AFFIRMED**.

Thomas ROBINSON, Appellant

v.

DEPT. OF CORRECTIONS,
and J–Pay, Appellees.

Supreme Court of Pennsylvania.

Dec. 21, 2011.

Joseph CUMMINGS, Appellant

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Dec. 21, 2011.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2011, the order of the Commonwealth Court is hereby **AFFIRMED**.